William B. Reid, Respondent, v. The Medical Society of the County of Oneida, Appellant.— It appearing that the justices qualified

to sit in this appeal are evenly divided and unable to render a decision herein, the appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. De Angelis, J., not sitting.